UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CURTIS TURNER,

    Plaintiff,

v.

LAUREL S. BRADY, et al.,

    Defendants.

Case No. 22-cv-03630 BLF (PR)

**JUDGMENT**

The Court has dismissed the instant action as duplicative. Judgment is entered accordingly.

The Clerk shall close the file.

**IT IS SO ORDERED.**

Dated: __November 29, 2022_____

*[signature]*
BETH LABSON FREEMAN
United States District Judge

Judgment
PRO-SE\BLF\CR.22\03630Turner_judgment